*Underwood* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Letts,* and *Mr. J. Frank Staley* for respondents.

---

No. 565. M. SAMUEL AND SONS, INC. *v.* SECOND NATIONAL BANK OF TOLEDO. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Morris D. Kopple* for petitioner. *Mr. Robert C. Morris* for respondent.

---

No. 566. NEW STATE LAND COMPANY, H. F. WILCOX OIL AND GAS COMPANY, ALBERT KELLY, ET AL. *v.* ROBERT KELLEY AND SUKEY KELLEY. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. John W. Davis* for petitioners. *Messrs. William Neff, R. C. Allen,* and *I. J. Underwood* for respondents.

---

No. 569. LOUIS RAUCH *v.* A. F. DUFF. November 1, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. Gordon G. Lyell* for petitioner. No appearance for respondent.

---

No. 571. TEXAS AND NEW ORLEANS RAILROAD COMPANY AND UNITED STATES FIDELITY AND GUARANTY COMPANY *v.* J. J. CAMMACK. November 1, 1926. Petition for a writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District of the State of Texas, denied. *Messrs. J. H. Tallichet* and *H. M. Garwood* for petitioners. *Mr. Alexander White Spence* for respondent.

---

No. 572. CALCASIEU NATIONAL BANK OF SOUTHWEST LOUISIANA *v.* ALFRED CAMPBELL. November 1, 1926.